UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AZAHUSEN KHATRI ESTATE, *et al.*, | Case No. 23-cv-12874 |
| Plaintiffs, | F. Kay Behm<br>United States District Judge |
| v. | |
| DEARBORN PUBLIC SCHOOLS, *et al.*, | Hon. Anthony P. Patti<br>U.S. Magistrate Judge |
| Defendants._____ / | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order on this date granting Defendants' motion to dismiss, this civil action is **DISMISSED**.

**SO ORDERED**.

Date: August 21, 2025        s/ F. Kay Behm
                             F. Kay Behm
                             United States District Judge